*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 15-BG-1259**

IN RE: JAMES C. UNDERHILL, JR.,
Respondent.

**Bar Registration No. 297762**                    **BDN: 287-15**

BEFORE:   McLeese, Associate Judge, and Reid and Ruiz, Senior Judges.

**ORDER**
(FILED – April 7, 2016)

On consideration of the certified order suspending respondent for a period of eighteen months in the state of Colorado, this court's December 23, 2015, order suspending respondent pending further action of the court and directing him to show cause why the functional equivalent discipline of an eighteen-month suspension with a fitness requirement should not be imposed, the statement of Disciplinary Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause but did file the required D.C. Bar R. XI § 14 (g) affidavit on November 15, 2015, and it further appearing that respondent was previously suspended in No. 13-BG-38, it is

ORDERED that James C. Underhill, Jr., is hereby suspended from the practice of law in the District of Columbia for a period of eighteen months, *nunc pro tunc* to November 15, 2015. This suspension shall run consecutively to the suspension imposed in No. 13-BG-38 and reinstatement is conditioned on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

PER CURIAM